IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE BAKER,

    Petitioner,

v.                                                 CASE NO. 4:06-cv-00514-RH-AK

JAMES MCDONOUGH,

    Respondent.
_____/

**ORDER**

This cause is before the Court on Petitioner's motion for extension of time to file objections to the Report and Recommendation. Doc. 22. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Petitioner shall file his objections no later than **January 28, 2008**.

**DONE AND ORDERED** this   _10th_   day of January, 2008.

                                                     _s/ A. KORNBLUM_
                                                     **ALLAN KORNBLUM**
                                                     **UNITED STATES MAGISTRATE JUDGE**