IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE BAKER,

    Petitioner,

v.                                                                   CASE NO. 4:06-cv-514-RH-AK

JAMES MCDONOUGH,

    Respondent.
_____/

## O R D E R

This matter is before the Court on Doc. 24, Motion for extension of time. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Petitioner shall file his objections to the R&R no later than **February 29, 2008**. **No further extension of time will be granted absent a showing of exigent circumstances.**

**DONE AND ORDERED** this *31st* day of January, 2008.

                                      *s/ A. KORNBLUM*
                                    **ALLAN KORNBLUM**
                                    **UNITED STATES MAGISTRATE JUDGE**