IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE BAKER

      Petitioner,

v.                                 CASE NO.  4:06cv514-RH/AK

JAMES McDONOUGH,

      Respondent.

_____/

ORDER APPOINTING ATTORNEY
AND SETTING BRIEFING SCHEDULE

This petition for writ of habeas corpus is before the court on a report and recommendation concluding that relief should be denied.  I conclude that the petition has sufficient merit to warrant appointment of counsel and further briefing.  Accordingly,

IT IS ORDERED:

1.  Federal Public Defender, Randolph P. Murrell is hereby appointed as petitioner's attorney.

2.  By April 25, 2008, petitioner may file a memorandum (of not more than 30 pages) in support of the petition.

3.  Within 30 days after service of petitioner's memorandum, respondent may file a memorandum (of not more than 30 pages) in opposition to the petition. Respondent's memorandum may be a stand-alone document or may incorporate by reference all or any part of respondent's original response to the petition (but should not incorporate by reference portions of the original response that are also repeated in substantial part in the memorandum). If respondent chooses to stand entirely on the original response—as he may—respondent need only file a statement so indicating.

4.  Within 14 days after service of respondent's memorandum, plaintiff may file a reply memorandum responding only to new matter in respondent's memorandum.

SO ORDERED this 10th day of March, 2008.

s/Robert L. Hinkle<br>
Chief United States District Judge

*Case No: 4:06cv514-RH/AK*